SOKOLOFF STERN LLP

63 WASHINGTON STREET, POUGHKEEPSIE, NEW YORK 12602 PHONE (845) 262-6333 WWW.SOKOLOFFSTERN.COM

Application granted. No further extensions to the briefing schedule will be granted.

The Clerk of Court is respectfully requested to terminate the letter motion pending at Doc. 41.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
July 20, 2026

July 17, 2026

**By ECF**
Honorable Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, New York 10601

Re: *Carnes v. Town of Rockland et al.*
Docket No. 26-CV-01619 (PMH)

Your Honor:

I represent defendant Town of Rockland and submit this joint letter on behalf of all parties. The parties respectfully submit this joint request for an extension of the briefing schedule for Defendants' anticipated motions to dismiss.

On July 16, 2026, the parties appeared for a scheduling conference before Magistrate Judge Krause concerning a settlement conference. Judge Krause scheduled the settlement conference for August 31, 2026, from 9:30 a.m. to 12:30 p.m. The conference will proceed virtually. Given the parties' work and vacation schedules, as well as the Court's availability, August 31 was the earliest mutually available date for the conference. Judge Krause also established a schedule for the parties' settlement submissions. Plaintiff must serve an updated settlement demand by August 14, 2026; Defendants must respond by August 21, 2026; and the parties must submit their confidential *ex parte* settlement statements by August 26, 2026.

The parties respectfully request that the motion to dismiss briefing schedule be adjourned until after the settlement conference. Under the current schedule, Defendants' motions to dismiss must be fully briefed by August 24, 2026—one week before the settlement conference. The parties would therefore be required to incur the time and expense associated with preparing and reviewing the motion while simultaneously preparing for the settlement conference.

The requested extension would permit the parties to focus their efforts and resources on a potential resolution before engaging in motion practice that may become unnecessary. The parties also believe that avoiding active motion practice immediately before the settlement conference will allow them to approach the conference with their attention focused on resolving the matter, rather than toward adversarial briefing. The request is intended to conserve costs and facilitate settlement and is not made for purposes of delay.

The parties propose that Defendants' motion be served on September 14, 2026, Plaintiff's opposition be served three weeks later on October 5, 2026, and Defendants' reply be served two weeks later on October 19, 2026. Consistent with the Court's existing order, all papers would be filed on the reply date.

The parties' proposed schedule is as follows:

| Submission | Original Deadline | Proposed Deadline |
|---|---|---|
| Defendants' motion to dismiss served, but not filed | July 27, 2026 | September 14, 2026 |
| Plaintiff's opposition served, but not filed | August 10, 2026 | October 5, 2026 |
| Defendants' reply served and all papers filed | August 24, 2026 | October 19, 2026 |

This is the parties' first request to extend the briefing schedule. No other dates or deadlines would be affected.

We thank the Court for its consideration.

Very truly yours,
SOKOLOFF STERN LLP

Chelsea Weisbord

CHELSEA WEISBORD

cc: All Counsel of Record (via ECF)