KINKLE LAW PLLC
26 CAMP CREEK ROAD
BELL TOWER
GERMANTOWN, NEW YORK 12526

KINKLELAW.COM

August 6, 2026

**Via ECF**
Hon. Andrew E. Krause
United States Magistrate Judge
Southern District of New York
Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601

**RE**: ***Carnes v. Town of Rockland et al.*, No. 7:26-cv-01619 (PMH)**

Dear Judge Krause:

At the July 16, 2026 scheduling conference, the Court stated that, although the August 31, 2026 settlement conference would proceed by video, any party wishing to appear in person could notify the Court.

Plaintiff respectfully advises that Mr. Carnes and undersigned counsel intend to appear in person for the settlement conference. Plaintiff understands that Defendants and their counsel may appear remotely.

Respectfully submitted,

Jeff Kinkle
jeff@kinklelaw.com
646-867-2271

*Attorney for Seth Indigo Carnes*

cc: All counsel of record via ECF